# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LEELLIS EDWARDS,          ) | |
| )                          | |
| Plaintiff,                 ) | |
| )                          | |
| -vs-                       ) | Case No. CIV-21-0523-F |
| )                          | |
| OKLAHOMA COUNTY            ) | |
| DETENTION CENTER TRUST,    ) | |
| et al.,                    ) | |
| )                          | |
| Defendants.                ) | |

## ORDER

Plaintiff Leellis Edwards, a state prisoner appearing *pro se*, brings this action under 42 U.S.C. § 1983.

Before the court is Magistrate Judge Suzanne Mitchell's Report and Recommendation of June 28, 2021. Doc. no. 8 (the Report). The Report recommends the court dismiss this action without prejudice under Rule 41(b), Fed. R. Civ. P., based on plaintiff's failure to prosecute and follow the court's orders and rules.

The Report advised plaintiff of the right to object to the Report by July 19, 2021. The Report also advised that failure to timely object to the Report would waive appellate review of the factual and legal issues addressed in the Report. No objection has been filed, and plaintiff has not sought an extension of time within which to object to the Report.

Upon review, and with no objection to the Report having been filed, the Report is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. As recommended in the Report, this action is hereby **DISMISSED** without prejudice under Rule 41(b), Fed.

R. Civ. P., for failure to prosecute and follow the court's orders and rules as set out in more detail in the Report.

    IT IS SO ORDERED this 2nd day of August, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0523p001.docx

R. Civ. P., for failure to prosecute and follow the court's orders and rules as set out in more detail in the Report.

    IT IS SO ORDERED this 2nd day of August, 2021.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0523p001.docx